United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CAMPBELL,
Plaintiff,
v.
LAURA L. DIAZ,
Defendant.

Case No. 26-cv-07036-SK

**ORDER GRANTING DEFENDANT LAURA L. DIAZ'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Regarding Docket No. 2

Defendant Laura L. Diaz ("Defendant"), proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) The Court may authorize any person prosecuting or defending an action to proceed without prepayment of fees or security if the person submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1); Civ. L. R. 3-10(a).

Upon review of Defendant's application, the Court finds that Defendant has demonstrated that she is unable to pay the filing fee and thus GRANTS Defendant's motion to proceed IFP. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the notice of removal, complaint, any amendments or attachments, Defendant's affidavit, and this Order upon Plaintiff.

The Court ADVISES Defendant that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/).

/ / /

/ / /

United States District Court
Northern District of California

The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: July 16, 2026

SALLIE KIM
United States Magistrate Judge