United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CAMPBELL,
Plaintiff,

v.

LAURA L. DIAZ,
Defendant.

Case No. 26-cv-07036-EMC

**ORDER TO SHOW CAUSE**

The instant case (hereinafter referred to as "*Diaz*") is related to *Campbell v. Ivory*, No. C-26-4585 EMC (hereinafter referred to as "*Ivory*"). In both *Ivory* and *Diaz*, the same state court unlawful detainer action (No. CUD-25-680005, filed in San Francisco Superior Court) was removed. In *Ivory*, the Court remanded the case back to state court based on lack of subject matter jurisdiction. It also found the removal untimely. *See Ivory*, No. C-26-4585 EMC (Docket No. 10) (order) (further noting that the case at bar constituted the fourth time Mr. Ivory had removed the same state court unlawful detainer suit).

Given the Court's analysis in *Ivory* (which was issued *before* Ms. Diaz filed her notice of removal), the Court hereby orders Ms. Diaz to show cause as to why this case – the same state court unlawful detainer suit – should not be remanded as well, *i.e.*, based on lack of subject matter jurisdiction and/or an untimely removal. **Ms. Diaz's response to this order to show cause shall be filed by August 7, 2026.** Ms. Diaz is forewarned that, if she does not timely file a response to

/ / /

/ / /

/ / /

this order to show cause, then this case shall automatically be remanded to the San Francisco Superior Court. Ms. Diaz is also forewarned that, should she assert a position in bad faith, she risks being sanctioned.

**IT IS SO ORDERED**.

Dated: July 21, 2026

EDWARD M. CHEN
United States District Judge