United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CAMPBELL,<br>Plaintiff,<br>v.<br>LAURA L. DIAZ,<br>Defendant. | Case No. 26-cv-07036-EMC (SK)<br><br>**AMENDED ORDER GRANTING DEFENDANT LAURA L. DIAZ'S APPLICATION TO PROCEED IFP**<br><br>Regarding Docket Nos. 2, 4 |

Defendant Laura L. Diaz ("Defendant"), proceeding *pro se*, filed an application to proceed in forma pauperis ("IFP"). (Dkt. No. 2.) The Court may authorize any person prosecuting or defending an action to proceed without prepayment of fees or security if the person submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1); Civ. L. R. 3-10(a). Upon review of Defendant's application, the Court finds that Defendant has demonstrated that she is unable to pay the filing fee and thus GRANTS Defendant's motion to proceed IFP.

**IT IS SO ORDERED**.

Dated: July 22, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge