United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CAMPBELL,
Plaintiff,
v.
LAURA L. DIAZ,
Defendant.

Case No. 26-cv-07036-EMC

**ORDER REMANDING CASE**

Docket No. 12

The instant case is an unlawful detainer action that was first filed in state court. It was previously removed to federal court – on multiple occasions – and then remanded each time for lack of subject matter jurisdiction. Mr. Ivory filed the prior notices of removal. Ms. Diaz effected the most recent removal, which led to initiation of the instant case. On July 21, 2026, the Court ordered Ms. Diaz to show cause as to why her case should not be remanded based on lack of subject matter jurisdiction. *See* Docket No. 12 (order). Ms. Diaz failed to file a response to the order to show cause. Accordingly, the Court hereby dismisses the case for lack of subject matter jurisdiction. There is no diversity or federal question jurisdiction.

The Clerk of the Court is directed to remand the case back to San Francisco Superior Court and close the file in the case.

**IT IS SO ORDERED**.

Dated: August 11, 2026

EDWARD M. CHEN
United States District Judge